# United States District Court

Southern **DISTRICT OF** California

08 MAY -2 AM 10: 55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail Parcel # EB995316458US, addressed to Anthony Barron, 735 Greenwood Terrace Lake St. Louis, MO 63367. The parcel listed the return information of Sam Goldstein, 5211 Glen View Pl, Chula Vista, CA 91910 | **SEARCH WARRANT**<br><br>CASE NUMBER: '08 MJ 1387 |
|---|---|

TO:  Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel # EB995316458US, addressed to Anthony Barron, 735 Greenwood Terrace Lake St. Louis, MO 63367. The parcel listed the return information of Sam Goldstein, 5211 Glen View Pl, Chula Vista, CA 91910 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   NITA L Stormes
                                                                                                   U. S. Judge or Magistrate
as required by law.

                                                     at    San Diego, CA
                                                           City and State

Date and Time Issued
4-29-08         NITA L. STORMES
                U.S. MAGISTRATE JUDGE
                U.S. Magistrate Judge            [signature]
Name and Title of Judicial Officer               Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 4-29-08 | DATE AND TIME WARRANT EXECUTED 4-30-08 2:00 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and P. Garn |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Express Parcel # EB995316458US contained a shoe box wrapped in brown paper; inside were 4 music CD's, a pair of slippers, a towel, and a plastic wrapped bundle which contained a green leafy substance which field tested positive for marijuana which weighed approximately 33.9 grams.

4/30/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

NITA L. STORMES
U.S. MAGISTRATE JUDGE    U.S. Judge [signature]    Date 5-2-08